**O**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| HECTOR RODRIGUEZ,<br><br>　　　　　Petitioner,<br><br>　vs.<br><br>MATTHEW CATE, Secretary of CDCR,<br><br>　　　　　Respondent. | CASE NO. CV 09-08430 PA (RZ)<br><br>JUDGMENT |

　　　　This matter came before the Court on the Petition of HECTOR RODRIGUEZ, for a writ of habeas corpus. Having reviewed the Petition and supporting papers, and having accepted the findings and recommendation of the United States Magistrate Judge,

　　　　IT IS ORDERED AND ADJUDGED that the Petition is denied and the action is dismissed with prejudice.

DATED: February 12, 2010

　　　　　　　　　　　　　　　　　　　　　　PERCY ANDERSON
　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE